## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**
       **Plaintiff**

**v.**                                          **Case Number 3:10cr048-001**

                                                **USM Number 10715-027**

**SANDRA BROWN**
               **Defendant**

                                        **ROBERT D TRUITT - FCD**
                                        **Defendant's Attorney**

_____

## JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Supervised Release)

After hearing the evidence and arguments of counsel, the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Mandatory Condition, Violation No. 1 | On 12/18/12, defendant committed the offense of Theft (D felony) and charged with theft in the Elkhart Superior Court VI, 20D06-1212-FD-1476. | December 18, 2012 |
| Standard Condition No. 11, Violation No. 1 | Defendant failed to notify probation officer within 72 hours from 8/3/12, when she was arrested. | August 6, 2012 |
| Special Condition, Violation No. 1 | Defendant failed to submit a drug test as directed by probation officer on 4/26/12. | April 26, 2012 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

February 25, 2013
_____
Date of Imposition of Judgment

s/ Christopher A. Nuechterlein
_____
Signature of Judge

Christopher A. Nuechterlein, United States
Magistrate Judge
_____
Name and Title of Judge

February 27, 2013
_____
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 months**.

The Court makes the following recommendations to the Bureau of Prisons:

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **before Noon on January March 22, 2013** as notified by the United States Marshal.  If Defendant is unable to report to the designated institution as required, then Defendant shall voluntarily surrender to the United States Marshal's office located in the South Bend Federal Courthouse on the required date and time.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____ at _____
_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL


By:_____
DEPUTY UNITED STATES MARSHAL